## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
OFFICE OF THE CLERK
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

**PHILIP J. DEVLIN**
CLERK OF COURT

**ANNETTE FRENCH**
CHIEF DEPUTY

November 1, 2024

Crystal Roberson #1915067
William Hobby Unit
742 FM 712
Marlin, TX 76661

Re: Your recent letter

Ms. Roberson,

    This office has received your letter requesting copies of several of your cases. The total page count for each case is as follows:

- Case 6:12-cv-00037 – 17 pages
- Case 6:12-cv-00111 – 107 pages
- Case 6:12-cv-00112 – 123 pages
- Case 6:16-cv-00473 – 34 pages

    These may be obtained by sending a check or money order to "Clerk, U.S. District Court" in the amount of $140.50 (281 pages at $0.50/page) to the address listed above.

    The Fifth Circuit Court of Appeals has long held that a claim of indigence does not include the automatic right to free copies of court orders, transcripts, or other court records. If you want these documents, you must pay the associated copy fees.



U.S. District Clerk's Office, Waco
Western District of Texas
254-750-1501

October 26, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
800 FRANKLIN AVENUE, ROOM 380
WACO, TEXAS 76701

Re: Requesting Copies, all Documents in Said Cause;

Dear Hon. Clerk,

Sir, I am appealing my Judgment and am Requesting if I may **Please** obtain (1) one copy each of the following case numbers, see as follows:

1) No. 6:12-CV-37;
2) No. 6:12-CV-111;
3) No. 6:12-CV-112; and
4) No. 6:16-CV-473, any and all attachments included.

Would you please quote me the total cost of these four (4) cases. I am at your Mercy, Sir. Thank You!

Respectfully submitted,
Crystal J. Roberson  #01915067
(William P. Hobby Unit)
742 FM 712
Marlin, TX 76661

Crystal Roberts
[William P. Hobby Unit]
742 FM 712
Marlin, TX 76661

LEGAL!

RECEIVED
NOV 0 1 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVENUE, Room 380
WACO, TEXAS 76701